United States District Court Eastern District of Michigan

Warren Kenneth Beard
20157 N. Norwood
Southfield, MI  48075,

      PLAINTIFF

vs

ChatGPT,
Sam Altman,
Elon Musk

      DEFENDANTS

Case: 2:26-cv-12154
Assigned To : DeClercq, Susan K.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 6/26/2026
Description: CMP BEARD V. CHATGPT ET AL (AB)

The Parties:

1.  Warren Beard is a citizen of Michigan, residing at 20157 N. Norwood.

2.  Plaintiff claims intellectual property which was proprietary information of a forthcoming business venture was seized and modified under the fair use claims of non-profit organization.

3.  Plaintiff seeks to have his right of judicial review enforced in regard to the misappropriation of his protected property in violation of the Defend Trade Secrets Act, the Uniform Trade Secrets Act, and Section 5 of the FTC act.

4.  Defendant the ChatGPT is an artificial intelligence non-profit that has recently announced an intention of an initial public offering on the stock exchange

5.  Defendant Sam Altman is the CEO of ChatGPT

6.  Defendant Elon Musk was the original founder or better said, financier, of ChatGPT.

JURISDICTION AND VENUE

Federal Court is the proper jurisdiction and venue because the violation occurred between citizens of diverse states, and because the matter at hand involves commerce between the states which is regulated by the federal government.  The relevant laws as noted above are the Defend Trade Secrets Act, the Uniform Trade Secrets Act, and section 5 of the FTC act.

STATEMENT OF FACTS

7.  The most significant contributions which I made to the science of artificial intelligence were metadata, metagrammar, metamap, and metapath.

7a.  Traditionally metadata are those elements that provide descriptive data about some entity, for example the metadata for a phone call would be the header information of who called from what number, and to whom and what number the call was placed.  The terminology gained currency alongside the development of the internet and thus it common applied to formatting data which was independent from a document's content, ie font, font color, font size, margins, etc.  I adopted the terminology for purposes of AI to apply to any criterion or attribute serving as a descriptor of an underlying object or entity being described.

7b.  Metagrammar was the assertion of a rule that all entities virtually share an identical framework of organization.

7c.  Metamap was the nested hierarchy or associative array–linked by metagrammar–which provided a traversable architecture which allowed localization or comparison and contrast between any two entities upon it.

7d.  Metapath was the specific metagrammar of salient function or descriptions for any entity.

7e.  The metagrammar can be thought of as prepositional notation for the general organization of a more precise metagrammar.  In order to insert an entity into the metamap would it have to intersect with some extant metagrammar.  The general prepositions answered are IN, OF, BY, TO, FOR.  Whereupon from this could we expand say a person to say IN I exist, OF my component parts, BY their sensations, TO evaluate them, FOR my survival.  IN conflates with the subject of a sentence which arrives generally as a noun or pronoun, OF conflates with adjectives when modifying nouns or adverbs when modifying verbs, BY conflates with verbs, TO conflates with the object of the verb or the direct object, and FOR communicates either or both to whose service was the act performed and/or what change of state occurred.

8.  I routinely by any method available solicited Elon Musk among a host of potential investors who I regularly propositioned to invest in the design of my artificial intelligence.  Prior to the release of ChatGPT had I made the observation that if we are capable of deconstructing the

grammar of language–as we were then capable circa 2014–then there is no reason we should not possess AI.

9.  Believing my business model was secure from theft because core elements were left inscrutable by me, did I regularly comment on the development and announced breakthroughs and breakdowns of their burgeoning technology.  I would attempt to integrate metagrammar and metadata into my review as much as possible to communicate my understanding of the subject matter.

10.  Any map as a virtual representation of the dimensions and aspects of a real world object or place is as accurate as the specificity and precision to detail provided by the cartographer who created it.  It was my belief that there were a core 250 words which were so precisely placed on the metamap of consciousness  that without my explicit revelation, that the development of AI would be stalled.  Hence I freely discussed with the intent of procuring investment the general parameters of my design.  Check my email and tweet history from 2010-2021 and you'll find I regularly expounded on the nature of AI.  However, AI was not my goal.  I did not want to merely process language, I wanted to create a model that was self aware.  I was pursuing artificial life.  And to do that did I require a heuristic for a theory of mind.

11.  So I was amazed, surprised, worried, and frightened when ChatGPT was released in 2021 because I'd been surpassed–however I've since discovered the design flaws of ChatGPT respective to self awareness.  Instead of performing themselves the research which fixed–allowing for weighted intensity–the location of ideas in a mind, did they devise a wasteful and time consuming algorithm that scored all of language, and trued the certainty of any words meaning by comparison with every use of a word in the history of literature.

12.  They did beat me to a functional language processor, but the fundamental generalized encoding of meaning, ie IN, OF, BY, TO, FOR, was retained and borrowed, and is the very reason which ChatGPT initially organized itself as a non-profit.

13.  CEO Altman has admitted that if ChatGPT were founded on technologies not their own, that domination of the market space would make any penalties for that theft worthwhile.  I am alleging that Elon Musk borrowed from my extensive excursus on AI, and that though they divided their own method of populating their virtual mind with words, that the methodology of encoding information into a data structure from which meaning could be easily extracted was borrowed under fair use, and insofar as ChatGPT is going public would I like this fact to be recognized, and to be myself compensated accordingly.

14.  And if possible I would like to cross reference this case with 2:26-cv-11761 insofar as prevention of this anticipated case becomes Musk's motive in those incidents.

COUNT I:
VIOLATION OF DEFEND TRADE SECRETS ACT

15.  The count re-alleges and incorporates by reference all preceding paragraphs.

16.  Plaintiff has been and will continue to be irreparably financially harmed until ChatGPT recognizes the necessity of my research in their product.

COUNT II:
VIOLATION OF UNIFORM TRADE SECRETS ACT

17.  The count re-alleges and incorporates by reference preceding paragraphs.

18.  Plaintiff has been and will continue to be irreparably financially harmed until ChatGPT recognizes the necessity of my research in their product.

COUNT III:
VIOLATION OF SECTION 5 OF FTC ACT

24.  The count re-alleges and incorporates by reference preceding paragraphs.

16.  Plaintiff has been and will continue to be irreparably financially harmed until ChatGPT recognizes the necessity of my research in their product.

PRAYER OF RELIEF:

WHEREFORE plaintiff respectfully requests that this court:

1.  Declare defendants attempts to relieve plaintiff of ownership of his property and cause them harm is illegal,

2.  Grant plaintiff a reward of attorney fees and other litigation costs reasonably incurred in this action.

3.  That compensatory damages be awarded for theft of intellectual property,  in the amount of 100 million United States dollars payable forthwith.

pro se

JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Warren K. Beard

### DEFENDANTS
ChatGPT, Sam Altman, Elon Musk

**(b)** County of Residence of First Listed Plaintiff  _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  San Francisco,
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                     *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander   Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability   ☐ 368 Asbestos Personal | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine   Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product   Liability | | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | Act | | Protection Act |
| ☐ 190 Other Contract | Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | Exchange |
| | ☐ 362 Personal Injury -   Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Agency Decision |
| | Employment   **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other   ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:  claim stolen intellectual property. Defend trade secrets act. FTC act.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 100,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE  Linda Parker   DOCKET NUMBER  2:26-CV-11761

DATE  6/23/26

SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other          ☐ Yes
            court, including state court? (Companion cases are matters in which      ☐ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _Federal, eastern district of Michigan_

Case No.: _2:26-cv-11761_

Judge: _Linda Parker_

Notes :

Case 2:26-cv-12154-SKD-CI   ECF No. 1, PageID.8   Filed 06/26/26   Page 8 of 8

Warren Beard
20157 Norwood Dr N
Southfield, MI 48075






U.S. MARSHALS

United States District Court
Clerk's Office
231 Lafayette Blvd
Detroit, MI 48226

RECEIVED

JUN 26 2026

CLERK'S OFFICE
DETROIT